## AMERICAN SAV BK v UNION TRUST CO

Ohio Supreme Court
No. 22790.   Decided June 17, 1931

## PARKS v CLEVELAND RY CO et

Ohio Supreme Court
No. 22502.   Decided June 17, 1931

Matthias, Day, Allen, Kinkade and Robinson, JJ, concur.   Marshall, CJ, not participating.

Full opinion will be published later. Watch **Omnibus Index.**

Jones, Matthias, Day, Kinkade and Robinson, JJ, concur.   Allen, J, dissents.

Full opinion will be published later. Watch **Omnibus Index.**